J. C. Jackson, appellee, v. Joseph Cara, appellant. Gen. No. 31,828.

Action to recover balance due. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. T. H. Miller, Judge,

presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 4, 1927. Rehearing denied October 17, 1927.

Jacob Levy, for appellant; J. M. Gwin, of counsel. Murry & Lee, for appellee; Orville W. Lee and W. L. Murray, of counsel.

Mr. Justice Gridley delivered the opinion of the court.